UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.  6:23-cv-02159-WWB-EJK

**VICTOR ARIZA**,

    Plaintiff,

vs.

**CORPO BONITO, LLC., a Florida limited liability company,**

    Defendant.
_____/

## NOTICE OF LEAD COUNSEL

Roderick V. Hannah, Esq., of the law firm of RODERICK V. HANNAH, ESQ., P.A., hereby notices the Court and counsel of record of his appearance as lead counsel on behalf of Plaintiff, VICTOR ARIZA, in the above-styled action and requests that all further notices and filings herein be served upon the undersigned at the address set forth below.

Dated:  November 8, 2023

                        RODERICK V. HANNAH, ESQ., P.A.
                        Attorneys for Plaintiff
                        4800 North Hiatus Road
                        Sunrise, FL  33351-7919
                        Telephone:  (954) 362-3800
                        Facsimile:   (954) 362-3779
                        Email:  rhannah@rhannahlaw.com

                        By   /s/ *Roderick V. Hannah*
                             Roderick V. Hannah
                             Fla. Bar No. 435384