UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:23-cv-2159-WWB-EJK

**VICTOR ARIZA**,

    Plaintiff,

vs.

**CORPO BONITO, LLC., a Florida limited liability company,**

    Defendant.

_____/

## NOTICE OF FILING PLAINTIFF'S RESPONSES TO COURT INTERROGATORIES

Plaintiff VICTOR ARIZA, through undersigned counsel and in compliance with this Court's ADA Scheduling Order dated November 21, 2023 [ECF No. 7], hereby gives notice of filing Plaintiff's Responses to Court Interrogatories attached as Exhibit "A".

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 North Hiatus Road<br>Sunrise, FL 33351-7919<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email: rhannah@rhannahlaw.com<br><br>By   _s/ Roderick V. Hannah_<br>     RODERICK V. HANNAH<br>     Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: pduran@pelayoduran.com<br><br>By   _s/ Pelayo M. Duran_<br>     PELAYO M. DURAN<br>     Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of November 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

*Attorneys for Defendant*
*CORPO BONITO, LLC., a Florida*
*limited liability company,*

                                                  /s/ Roderick V. Hannah
                                                  Roderick V. Hannah

Exhibit "A"
Plaintiff's Responses to Court Interrogatories

1. Residence address.

**RESPONSE:**

**1451 North East 169th Street, Unit 102, Miami, Florida 33162**

2. Name of current employer and place of employment.

**RESPONSE:**

**I am currently unemployed.**

3. Date(s) and time(s) that you visited the facility.

**RESPONSE:**

**I visited the Defendant's website on my personal computer on September 15, 2023, during the daytime but I cannot recall the exact times.**

4. Purpose of your visit(s) and duration of your stay(s).

**RESPONSE:**

**I have traditionally browsed websites, such as this one, for information regarding the company. I am a potential customer of the Defendant here because, although I reside most of the time in Miami-Dade County, Florida, I regularly travel to and stay with close friends in the Orlando, Florida area, specifically at 4143 Flying Fortress Avenue, Kissimmee, Florida. Indeed, my most recent trip to Orlando area was from September 23 to 24, 2023, where, instead of staying with my friends, I stayed in the Econolodge in Kissimmee, Florida. I intend to revisit the Orlando area sometime in late December 2023 or January 2024. I also intend, in my capacity as a "tester" of company websites, to revisit the website in the near future (probably in December 2023) to ascertain what, if any, changes or modifications may have been made to the website to make it more accessible to the blind. Indeed, when I visit the website, including that of Defendant here, the information I would research includes:**

  **a. Business locations.**

  **b. Hours of operation.**

    c. **Product and service offerings.**

    d. **Pricing.**

    e. **Online purchasing.**

    f. **Coupons.**

**In this case, I specifically visited the subject website to view the Defendant's swimwear and accessory offerings with the intention of making a purchase of Defendant's swimwear and/or accessories for my partner.**

    5.    Did anyone else accompany you? If so, who?

**RESPONSE:**

**No one accompanied me in visiting the website.**

    6.    Describe the nature of your disability.

**RESPONSE:**

**I have been blind and visually disabled in that I suffer from optical nerve atrophy, a permanent eye disease and medical condition that substantially and significantly impairs my vision and limits my ability to see. Because I am completely blind, I cannot use my computer without the assistance of appropriate and available screen reader software.**

    7.    Specifically list each of the architectural barriers which you personally observed or

experienced at this facility

**RESPONSE:**

**There were no architectural barriers as this is an inaccessible website case and not an architectural barrier case. As to the services offered through the associated website, I encountered the following access and navigation barriers:**

    (a) **Text throughout the Website that is mislabeled; the cursor skips the information and navigates to the nearest accessible link, button, or header;**

    (b) **A mislabeled logo on the Website, which acts as a link to the homepage; the screen reader does not relay the logo's purpose, which is to create a way to return to the Website's homepage;**

    (c) **Mislabeled product images that do not integrate with the screen reader;**

(d) **Product pricing descriptors that are not labeled for integration with the screen reader; and**

(e) **Product sizes that are improperly labeled as they offer the size as an abbreviated letter (e.g., S = small, M = medium, L = large, etc.); when the screen reader interprets the sizing information, it will read "cap s", "cap m", or "cap l" and not the actual size or explanation/descriptions of the size feature or what it pertains to;**

The website also did not have any accessibility statement or policy with proper contact information that would allow me to directly contact a live person for immediate assistance in accessing and navigating the website, nor did it offer any functioning online tools or auxiliary aids, compatible with screen reader software, to allow me to fully, quickly, and effectively access and navigate the website.

8.  Did you take notes or make a contemporaneous record of these barriers? If so, please attach a copy to these Answers.

**RESPONSE:**

I memorialized these events and the encountered barriers by executing a sworn declaration, a copy of which is attached as Exhibit "1". In addition, my counsel retained an expert, Robert D. Moody, who independently visited the website shortly after I visited it and confirmed that the same access barriers I encountered did in fact exist. The Declaration of Mr. Moody is attached as Composite "A" to the Complaint [see ECF No. 1-3]. Mr. Moody also ran an audit of the website using his PowerMapper tool to generate a Sortsite report that demonstrated the numerous access barriers, including ones in addition to the those I had encountered. A copy of the Sortsite report is attached hereto as Exhibit "2".

9.  Please list any other Title III cases in which you have been a party in this District.

*Victor Ariza v. RTK Investments, Inc. d/b/a Beachworks* – U.S. District Court for the Middle District of Florida Case No. 2:22-cv-00502-JLB-NPM.

*Victor Ariza v. Beach Daisy Marco Inc.* – U.S. District Court for the Middle District of Florida Case No. 2:22-cv-00522-SPC-NPM.

*Victor Ariza v. World Market of Florida, LLC,* - U.S. District Court for the Middle District of Florida Case No. 6:22-cv-1953-ACC-EJK.

*Victor Ariza v. Bojangles' Restaurants, Inc.* – U.S. District Court for the Middle District of Florida Case No. 6:23-cv-00115-ACC-DCI.

*Victor Ariza v Carbon Jeans Company LLC* – U.S. District Court for the Middle District of Florida Case No. 6:23-cv-00408-CEM-LEP.

*Victor Ariza v. Hey Joy LLC d/b/a Hey Joy Toy Store* – U.S. District Court for the Middle District of Florida Case No. 6:23-cv-00619-CEM-EJK.

*Victor Ariza v. Art Core Furniture LLC* – U.S. District Court for the Middle District of Florida Case No. 6:23-CV-00519-WWB-DCI.

*Victor Ariza v. SeaWorld Parks & Entertainment, Inc.* – U.S. District Court for the Middle District of Florida Case No. 6:2023-CV-01258-PGB-EJK.

*Victor Ariza v. Metro Diner Management LLC* – U.S. District Court for the Middle District of Florida Case No. 6:23-CV-01597-RBD-RMN.

*Victor Ariza v. CBP Orlando, LLC* – U.S. District Court for the Middle District of Florida Case No. 6:23-CV-01599-WWB-RMN.

*Victor Ariza v. Rumi Online Inc.*– U.S. District Court for the Middle District of Florida Case No. 6:23-cv-01701-RBD-RMN.

*Victor Ariza v. Aphonics LLC* – U.S. District Court for the Middle District of Florida Case No. 6:23-CV-01712-CEM-LHP.

*Victor Ariza v. Garra Holdings LLC* – U.S. District Court for the Middle District of Florida Case No. 6:23-cv-01774-RBD-RMN.

*Victor Ariza v. Nature's Table, Inc.* – U.S. District Court for the Middle District of Florida Case No. 6:23-cv-01855-RBD-RMN.

*Victor Ariza v. Simple Specialties, LLC* – U.S. District Court for the Middle District of Florida Case No. 6:23-cv-01856-RBD-RMN.

*Victor Ariza v. Florida Tog, LLC* - U.S. District Court for the Middle District of Florida Case No. 6:23-cv-01859-PGB-DCI.

*Victor Ariza v. Firebirds International, LLC* - U.S. District Court for the Middle District of Florida Case No. 6:23-cv-1899-PGB-EJK.

*Victor Ariza v. Crayola LLC* - U.S. District Court for the Middle District of Florida Case No. 6:23-cv-02212-PGB-LHP.

*Victor Ariza v. Casa Febus FL 1, LLC* - U.S. District Court for the Middle District of Florida Case No. 6:23-cv-02160-GAP-EJK.

*Victor Ariza v. Another Broken Egg of America, LLC* - U.S. District Court for the Middle District of Florida Case No. 6:23-cv-02203-GAP-EJK.

[SIGNATURES APPEAR ON FOLLOWING PAGE]

_____
VICTOR ARIZA

STATE OF FLORIDA      )
                      ) SS:
COUNTY OF MIAMI-DADE)

The Foregoing was acknowledged before me by means of _X_ physical presence or ___ online notarization by VICTOR ARIZA, who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me by means of _X_ physical presence or ____ online notarization, on this 1st day of ~~November~~ December, 2023.

_____
Signature of Person Taking Acknowledgment
Print Name: Marisol Perez
Title: Notary Public
Serial No. (if any): HH 292500
Commission Expires: 07/25/26

Notary Stamp

MARISOL PEREZ
Notary Public - State of Florida
Commission # HH 292500
My Comm. Expires Jul 25, 2026
Bonded through National Notary Assn.

8