# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 6:23-CV-02159-WWB-EJK

Plaintiff:
**VICTOR ARIZA**

vs.

Defendant:
**CORPO BONITO, LLC., a Florida limited liability company**

CPP2023002836

For:
Pelayo M. Duran, Esq.
LAW OFFICE OF PELAYO DURAN, P.A.
4640 N.W. 7th Street
Miami, FL 33126

Received by Civil Process Plus on the 7th day of December, 2023 at 4:15 pm to be served on **Corpo Bonito, LLC., A Florida Limited Liability Company, c/o Registered Agent: Ariosto E. Rosado, 356 Banyan Dr., Maitland, FL 32751**.

I, Nathan Eyal, Certified Process Server, do hereby affirm that on the **22nd day of December, 2023** at **3:50 pm, I:**

LIMITED LIABILITY SERVICE:  served the within named Limited Liability Company by leaving a true copy of this SUMMONS IN A CIVIL ACTION, COMPLAINT, COMPOSITE EXHIBIT A AND PRESERVATION LETTER at the address of 8001 S Orange Blossom Trail, Suite 364, Orlando, FL 32809 with the date and hour of service endorsed thereon by me to  Bruna Silva as Management, informing said person of the contents therein, pursuant to F.S. Chapter 48.062.

**Description** of Person Served: Age: 29, Sex: F, Race/Skin Color: Hispanic, Height: 5'9", Weight: 120, Hair: Black, Glasses: N

## RETURN OF SERVICE For 6:23-CV-02159-WWB-EJK

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was attempted. Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

_____
**Nathan Eyal, Certified Process Server**
I.D. No.: 662

**Civil Process Plus**
**7350 N.W. 77th Street**
**Medley, FL 33166**
**(305) 375-9111**

Our Job Serial Number: CPP-2023002836
Ref: Case 6:23-cv-02159 Ariza v. Corpo Bonito

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2h