UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VICTOR ARIZA,

       Plaintiff,

Case No.: 6:23-cv-02159-WWB-EJK

v.

CORPO BONITO, LLC, a Florida
limited liability company,

       Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND INCORPORATED MEMORANDUM OF LAW**

      The Defendant, CORPO BONITO, LLC, a Florida limited liability company ("Defendant"), by and through the undersigned counsel, hereby files this unopposed motion and respectfully requests an extension of Defendant's deadline to respond to Plaintiff's Complaint [Doc. 1] (the "Complaint), up to and including Monday, February 12, 2024, and states the following in support:

      1.     Plaintiff filed the Complaint on November 7, 2023 and Defendant was served on December 22, 2023. Accordingly, Defendant's deadline to respond to the Complaint is Friday, January 12, 2023.

      2.     Defendant recently retained the undersigned counsel in this matter, and Defendant and its counsel are in the process of gathering information relevant to formulate an appropriate response to Plaintiff's claims. For these reasons, Defendant respectfully requests an extension of its deadline to respond to Plaintiff's Complaint, up to and including Monday, February 12, 2024, to complete its review and explore the possibility of an early resolution.

3. The Court may grant an enlargement of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b). Defendant's request for an extension is made in good faith and does not prejudice Plaintiff, who is unopposed to the extension of time sought by Defendant herein. An extension of Defendant's deadline to respond to Plaintiff's Complaint will enable Defendant to complete its analysis of Plaintiff's claims and information relevant thereto to determine whether early resolution of the case is possible to conserve the resources of the parties and the Court.

**WHEREFORE**, based on the foregoing, Defendant respectfully requests that the Court grant this Motion and extend the deadline for Defendant, Corpo Bonito, LLC, to respond to the Complaint, up to and including Monday, February 12, 2024.

### Local Rule 3.01(G) Certification

The undersigned counsel for Defendant hereby certifies that he has conferred with Plaintiff's counsel regarding the contents of this Motion and that Plaintiff does not oppose the relief sought herein.

DATED this 12th day of January, 2024.

Respectfully Submitted.

/s/ Barry Rigby
BARRY RIGBY, ESQUIRE
Fla. Bar No. 613770
Law Offices of Barry Rigby, P.A.
2462 E. Michigan Street, Ste. 102
Orlando, FL 32806
Phone: (407) 650-1985
Facsimile: (407) 386-6150
Primary: barryrigbylaw@gmail.com
Secondary: rigbylaw@yahoo.com
Lead Counsel for Defendant,
Corpo Bonito, LLC

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing notice was filed with the CM/ECF system and electronic notice of service sent via email to Roderick V. Hannah, Roderick V. Hannah, Esq., P.A., 4800 N. Hiatus Road, Sunrise, FL 33351, rhannah@rhannahlaw.com, Lead Counsel for Plaintiff; and Pelayo M. Duran, Law Office of Pelayo Duran, P.A., 4640 N.W. 7th Street, Miami, FL 33126, duranandassociates@gmail.com, Co-Counsel for Plaintiff, on this 12th day of January, 2024.

      /s/ Barry Rigby
      BARRY RIGBY, ESQUIRE
      Fla. Bar No. 613770