UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.  6:23-cv-2159-WWB-EJK

**VICTOR ARIZA**,

    Plaintiff,

vs.

**CORPO BONITO, LLC., a Florida limited liability company,**

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, through their respective undersigned counsel, hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims.  Accordingly, the parties respectfully request that the Court provide them twenty (20) days from the date of filing this Notice to finalize their settlement agreement and to submit the dismissal document dismissing this case with prejudice.

Dated:  March 18, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Lead Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL  33351-7919 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email duranandassociates@gmail.com |
| By     *s/ Roderick V. Hannah* | By    *s/ Pelayo M. Duran* |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 0146595 |

**LAW OFFICES OF BARRY RIGBY, P.A.**
Lead Counsel for Defendant
2462 E. Michigan Street, Ste. 102
Orlando, FL 32806
T. (407) 650-1985
Email: barryrigbylaw@gmail.com


By     */s/ Barry Rigby*
        BARRY RIGBY, ESQUIRE
        Fla. Bar No. 613770